UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

ActivMedia Robotics, LLC

    v.                          Civil No. 03-cv-459-JM

Kurt Konolige

**O R D E R**

Count I of the Amended Complaint filed by ActivMedia Robotics, LLC ("AMR"), seeks a declaratory judgment. In light of subsequent events, that claim now appears to be moot in whole or in part. AMR is ordered to either withdraw the claim, or file requests for findings and a supporting memorandum of law within ten (10) days. In the event that AMR chooses the latter course, Konolige shall be required to file his requests for findings and a supporting memorandum of law within ten (10) days thereafter.

The Court further notes that Konolige requested in his First Amended Counterclaim that the preliminary injunction issued in this action be made permanent at the close of the case. Konolige is likewise ordered to either withdraw that claim, or file requests for findings and a supporting memorandum of law within ten (10) days. In the event that Konolige chooses the later

course, AMR shall be required to file its requests for findings and a supporting memorandum of law within ten (10) days thereafter.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: July 26, 2005

cc:  Daniel S. Coolidge, Esq.
     Lawrence D. W. Graves, Esq.
     John P. Kelly, Esq.
     Peter Konolige, Esq.
     Mark D. Lorusso, Esq.
     David P. Slawsky, Esq.