UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>ActivMedia Robotics, LLC</u>

      v.                                      Case No. 03-cv-459-JM

<u>Kurt Konolige</u>

<u>ORDER</u>

The defendant has filed an assented-to motion to release the $5,175 bond posted in this case. There being no objection and no outstanding claims, the Clerk is directed to return said funds to Kurt Konolige by issuing a check payable to Coolidge & Graves, PLLC, defendant's local counsel, who initially posted the funds with the court.

SO ORDERED.

January 26 2006

                                        James R. Muirhead
                                        United States Magistrate Judge

cc:    David P. Slawsky, Esq.
        Peter Konolige, Esq.
        Daniel S. Coolidge, Esq.